26391. MILLER v. MORRISON et al.

Mobley, Presiding Justice. The facts in this case are similar to those in *Lane v. Morrison,* 227 Ga. 468. The constitutional attacks are identical, and the enumerations of errors are the

same, except that in the present case an additional error is asserted in the failure to allow certain evidence. This case is therefore controlled by *Lane v. Morrison,* supra.

*Transferred to the Court of Appeals. All the Justices concur.*
SUBMITTED MARCH 8, 1971—DECIDED APRIL 8, 1971.

*Jesse M. DuBose,* for appellant.
*Carlton S. Brown,* for appellees.